IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 10-84 |
| : | |
| ARTHUR EUGENE FRISBY : | |

**ORDER**

**AND NOW**, this 20th day of April, 2011, upon consideration of defendant Arthur Eugene Frisby's motion for a new trial (Docket No. 66), the brief in support thereof, and the response thereto, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

Sentencing is scheduled for May 11, 2011 at 1:30 p.m.

                                                 /s William H. Yohn Jr., Judge
                                                   William H. Yohn Jr., Judge